Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## FORM TO BE USED IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

**11 CV 0691**

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**A.     Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. David A Marotta 11B0421
2. _____

-VS-

**B.     Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Officer Alstin
2. Officer Lawrence
3. G.J. Krempasky Deputy Superintendent for Security
4. Medical
5. Groveland Correctional
6. Facility

### 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: David Marotta # 11B0421

Present Place of Confinement & Address: Groveland Correctional Facility P.O. Box 50 Sonyea, New York 14556-0050

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

**DEFENDANT'S INFORMATION** **NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: *Officer Alstin*
(If applicable) Official Position of Defendant: *C.O. Law Library staff*
(If applicable) Defendant is Sued in _____ Individual and/or __✓__ Official Capacity
Address of Defendant: _____

Name of Defendant: *Officer Lawrence*
(If applicable) Official Position of Defendant: *Activities Bldg I think*
(If applicable) Defendant is Sued in _____ Individual and/or __✓__ Official Capacity
Address of Defendant: _____

Name of Defendant: _____
(If applicable) Official Position of Defendant: _____
(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity
Address of Defendant: _____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
Yes____ No __✓__

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket or Index Number: _____
4. Name of Judge to whom case was assigned: _____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   Is it still pending? Yes____ No ✓

   If not, give the approximate date it was resolved._____

   Disposition (check the statements which apply):

   ____ Dismissed (check the box which indicates why it was dismissed):

   ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

   ____ By court for failure to exhaust administrative remedies;

   ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

   ____ By court due to your voluntary withdrawal of claim;

   ____ Judgment upon motion or after trial entered for

   ____ plaintiff

   ____ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

   Yes____ No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s):_____

   _____

   Defendant(s):_____

   _____

2. District Court:_____

3. Docket Number:_____

4. Name of District or Magistrate Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   Is it still pending? Yes____ No ✓

   If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) on 7-19-11 And 7-20-11, defendant (give the **name and position held** of **each defendant** involved in this incident) staff Officer of the Law Library Jlsten

did the following to me (briefly state what each defendant named above did): on 7-19-11 I went to the Law Library library to pick up Mail. When C.O. Alstin unwanted sexual comments I left. on 7-20-11 before I wented down to Law library. I told the Sgt that working K-Dorm that C.O. Alstin was say unwant sexual comments and he start started back up the mint I got there and follow me out the Hallway

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Excessive force

The relief I am seeking for this claim is (briefly state the relief sought): Medical Care That was need and still is to this day demand amount for pain to injury

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ Yes ___ No   If yes, what was the result? ___

Did you appeal that decision? ___ Yes ✓ No   If yes, what was the result? ___

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: I wrote the Deputy Superintendent for Security Services

**A. SECOND CLAIM:** On (date of the incident) Officer Lawrence, defendant (give the **name and position held** of **each defendant** involved in this incident) That day he was Hallway Officer in the Activities Bldg

5

did the following to me (briefly state what each defendant named above did): C.O. Alstin (an) the Officer Lawrence to stop me in the Hallway that I had Contraband and was able show I didn't have any contraband. Why he sat at watch C.O. Alstin use force on me and hurting causeing me to come of the wall from the frisk and grabbing 2 time in my balls Action in self-defense.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Excessive Force

The relief I am seeking for this claim is (briefly state the relief sought): Medical Care that was need and still is to this day demand Amount for pain to injury

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ Yes ___ No  If yes, what was the result? ___

Did you appeal that decision? ___ Yes ✓ No  If yes, what was the result? ___

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: I even ~~wroth~~ wrote the

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Medical care if the injury main come back. I wan't taken care of by them.

Do you want a jury trial? Yes ___ No ✓

6

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8-11-2011___
(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

*David Marotta*
DAVID MAROTTA 1180421

Signature(s) of Plaintiff(s)

7

FORM 2131E (REV. 6/06)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
INMATE GRIEVANCE COMPLAINT

Misc. Complaints re: Law Library Officer

(E)

Grievance No. GnL-16504-11  code: 49

Filed: 7-26-11

Groveland CORRECTIONAL FACILITY

Date 7-24-2011

Name D. Marotta    Dept.No. 11B0421  Housing Unit J Block - 12

Program ABE    AM  VCB    PM

*(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) On 7-20-2011 around 8:15pm. Why officer Lawrence sat and watch Officer Alstin use force on me and heared me say let go of my neck 3 time and that my arms injured in pass and here to where I can't hold a pen or type! Make spin around because I was tried of Alstin tring to hurt me.

Grievant Signature Dean Marotta

RECEIVED JUL 26 2011

Grievance Clerk O'Brien    Date:

INMATE GRIEVANCE SUPV

Advisor Requested ☐ YES ☐ NO    Who:

Action requested by inmate: I would love to see Officer Alstin and officer Lawrence have happin to them what thay did to me!

This Grievance has been informally resolved as follows:

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature _____  Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

Maratta, Lavis
11304|31
J-2

3 30 23
40.00
260.23

```
    34
  1 1 17
     34
    2 5 7 2
    1 3 1 66
    1 3 1 53
      1 3 1 50
```

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
**INMATE GRIEVANCE COMPLAINT**

FORM 2131E (REV. 6/06)

Misc. Complaints re: Law Library Officer

Grievance No. GNL-16504-11  Code: 49
filed: 7-26-11

Correctional Facility: **Groveland**

Date: 7-22-11

Name: D. Marotta  Dept.No. 11304261  Housing Unit: K1-29
Program: ABE  AM: KCB  PM:

*(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)*

**Description of Problem:** On 7-20-2011 I went to law library to get my legal mail and copys done. I handed my Disbursement and he started Harassing me again and to rip disbursement up. Just before all this had I told sgt. that was working K-dorm about Alstin harassing me. Why Alstin frisking out in the hallway he was touching me in sexual way. when the other officer was not looking.

Grievant Signature: *Jewel Marotta*

Grievance Clerk: O'Brien   Date:

Advisor Requested: ☑ YES ☐ NO   Who: Sgt Barry and Sgt. that worked k-dorm 7-20-2011

Action requested by inmate: And I like to have Prisoners legal Services to handle this too.

**RECEIVED JUL 26 2011 INMATE GRIEVANCE SUPV**

This Grievance has been informally resolved as follows:

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature:   Date:

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES**
**INMATE GRIEVANCE COMPLAINT**

FORM 2131E (REV. 6/06)

Misc. Complaints re: Law Library Officer

Grievance No. GNL-16504-11 code: 49
filed: 7-26-11

Ⓓ

Correctional Facility: Groveland

Date: 7-22-2011

Name: D. Marotta

Dept. No.: 11B0621

Housing Unit: K-1-29 ~~J Block~~

Program: ABE   AM: UCB   PM:

*(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)*

**Description of Problem:** On 7-20-2011 right anther C.O. Alstin sexual felt my balls. If officer Alstin or C.O. Lawrence took my legal work pack that I had together for my appeal of Parole Board and letter from ~~Att~~ Albany of Parole and New Attorney that working for me. I had with me to check the long book for legal mail.

Grievant Signature: David Marotta

Grievance Clerk: B O'Brien

**RECEIVED JUL 26 2011 INMATE GRIEVANCE SUPV**

Advisor Requested: ☐ YES  ☐ NO   Who:

**Action requested by inmate:** They need to find away to pay for Attorney for me and get All copys that was in that pack!

This Grievance has been informally resolved as follows:
_____
_____
_____
_____
_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: _____   Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

# STATE OF NEW YORK -- DEPARTMENT OF CORRECTIONAL SERVICES
## GROVELAND CORRECTIONAL FACILITY
## MEMORANDUM

**TO:** David MAROTTA, (11-B-0421), J-2-01

**FROM:** G. J. Krempasky, Deputy Superintendent for Security Services

**DATE:** July 27, 2011

**SUBJECT:** Response to Your Concerns

===============================================================

Your letter dated July 23, 2011, (addressed to Acting Superintendent Flanagan), has been forwarded to me for response.

The July 20, 2011 event you reference is being addressed through the disciplinary process. Property, (documents which may have been originally in your possession), were found with another inmate, resulting in disciplinary charges against that inmate. The Hearing Officer will decide what will be done with this material.

The July 20, 2011 event regarding your actions, as reported by C.O. Austin, are subject to a separate Tier 3 Disciplinary Hearing, based upon serious violation of standards of behavior. Reporting that event and use of physical force to gain compliance with lawful orders or to control a disruptive inmate who fails to comply with staff direction does not constitute harassment.

Other issues raised within that correspondence are being addressed by appropriate staff as directed by Acting Superintendent Flanagan.

GJK:sc

cc: Acting Superintendent Flanagan
Disciplinary Office
File

← he is hold all my legal work too And would give it. And they/e going be moving me in 2 weeks to another facility

1

8-11-2011

Dear Sir/Madam

My name is David Marotta and I am from lockport New York. I was sentence on VOP, DWI. Judge Sara Sheldon Sperrazza to 1 1/3 to 4 yrs Which I accept my guilty to criminal act.

Allow me to explain my situation. I was admitted to Groveland Correctional Facility around March 10, 2011 After admission. I started began have stomach and intestinal problems. After following facility protocal for all sick call procedures No resolution was imposed. I still suffer daily from interal bleeding from my bowels And also Acid reflox. The pain increased so severely that I was transported to Warsaw Hospital for treatment. An MRI that was conducted showed that I had a mild stroke. Treatment was completed for the stroke and I returned to Groveland. The Warsaw's Medical staff particularly Dr Grovel recommended A diet change and acid medication until further study could be conducted. Neither of which I received. Approx 2 week after returning from Warsaw.

I started to have severe chest pain again. This in turn brought me back to Warsaw. An IV was administered by a RN in my right arm shortly after admission. I asked for an adjustment due to a burning senation throught my arm and shoulder region. No action was taken for another 4 days until my release. I returned to Groveland for a short period of time then transported back to Warsaw to an infection in my right and also a 102 degree fever. The infection was due to the poorly administered IV. Surgery may be inevitable to repair the nerve/damage with in my arm. Not only do I suffer from the interstinal problems but now there is constant pain and alternating numbness throughout my right arm, shoulder and neck. Let to add to the pain on 7-20-2011 I was assaulted by Correction staff what add to injurys even more now. Poor medical practice and lack of concern for patient and lack of concern for patient discomforts have led to unneed pain and stress.
I was give a Tier III misbavier

of things. I didn't do. Were I acted in self-defense because these C.O.'s were trying to hurt me because I would not give him the informant C.O. Alstin wanted way why C.O. Alstin had me in the frisk he sexual assaulted me by grabbing my privat parts hard 3 times when I got tired of him hurting me why the other C.O. Lawrence Just watch him until I acted in self-defense and my hearing.

I was violat by "due process of law" Really was not able to defence call witness. I was denied my rights all together and Medical still denied me treatment and hurt every day too.

And I do have some Mental illness I came in 50% disable and I have made some bad chooses in life. But I don't wanted to come out more hurt and sick that I am now. I know right for from wrong. I have no family support and the thing that keep me going today at 40 yrs old and broke up is hope. but if you don't want to

help me I understand. I am getting use to good lucky we can help you or sorry. I apoligize for the inconvience readily available but I will send one immediately and copys of my hearing too. ~~And is~~ here the date I week to Warsaw hospital. 05/06/11 ~~of~~ 05/20/11 05/14/11 These are all The copys I have my only ones too so if you please send Back Thank you

Very truly ~~your~~ your
David Marotta
11B0421