10-20-11

United States District Court
Western District of New York
   David A. Marotta, 11B0426
         Plantiff

   -V-

Officer Austin, et Al
      Defendants



                              11-CV-0621SR
                              for damages
                              and Mental
                              And physical
                              ~~injuri~~ injurieds
                              unlawfull confinement
                              and Pain and taprih with
Dear ~~Your~~ Your hon  U.S. Mail, damage to Evidence

   The only thing I am miss from my
discovey is the E-discovey I have
be able to get like My Medical Records
picture of injuries for June 4 to June 6,
2011 and August 20, 2011 Pictures and Video
with ECMC where the docter recommended
a Groveland Correctional Facility be told
to take me to the ER in Warsaw hospital
for injuries to my shoulder and neck ~~the~~
on the 20 of July 2011 at 8:15 pm. ~~For~~
For Mental stress hearing tapes from

10-20-11

April 15 and the hear tapes from August 2, 2011 to show this is not the first time to be unlawfull confinement and ~~harassment~~ harassment from other Officer like Ms Meyers k-1 dorm. I am seek right now and going pull my notice of intent out of the Court of Claims and put it U.S. Court District Courts Western District of New York United Courthouse hoose of ~~Bu~~ Buffalo New York. Which would the law suit to $1,900,000.00. For the damages of Mental with physical injuries, unlawfull confinement, a Mental stress, and Tapring with U.S. Mail, damage to Evidence and Not the proper Medical Care Here of Groveland C.F. And Great Meadows Correction Facility where the only way I am going to settle out of Court ~~in~~ is $900,000.00 with not fines no Parole because holding my Mail and opening and thats legal Mail not me to write to the Courts ~~about~~ and ~~my~~ lawyer to work with him on my Appeal or send Mail to ~~law~~ and the court what I can prove, lost Evidence and prove that with witness Officer Hayes from ~~oth~~ Behavior unite I can prove that Officer Jenkin was tring hurt me on emergency sick call and that Just Great Meadow

10-20-11

Your hon I have gave you some Evidence And need your help to get the E-discovery to put this to bed and ~~dont~~ don't want 1 of fruitless docters ~~try~~ to treat me They have harm me as it is.

I have all the Evidence I need right now so please share this information with lawyer I pick please in all do respect. You see what I want and want A Answer by January 1, 2012 hope to here for you about ~~thes~~ these mater.
I sorry I am give you my only Copys I have do to the unlaw confinement ~~to~~ am able to get copys back.

Very truly yours
David Marotta

David A. Marotta
11 B042C

10-12-11

Ms Wapolt

There ~~soon~~ some civil Right and law being broken Here

1. is Due process requires that prison Officials give you written notice of the charges twent-four prior to conducting a disciplinary hearing. Therefore, you must your Misbehavior Report at least 24 hours before the hearing begins.

2. If the description of what you are Accused of doing would not be a violation of the rules you cannot be found guilty of violating those rules

3. You cannot be disciplined for requesting or demanding changes in institutional conditions, policies, rules or laws

4. You cannot be disciplined except for violating a published and posted rule, a copy of which has been provided.

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONAL SERVICES
**GREAT MEADOW CORRECTIONAL FACILITY**
*Interdepartmental Communication*

**TO:** D. Marotta, 11B0421, BHU-2-D08

**FROM:** J. Lindstrand, Deputy Superintendent for Administration

**RE:** Your Letter

**DATE:** September 29, 2011

    This memo is in response to your letter regarding various issues. Most of issues are Security related and as such, I am forwarding your letter to Captain Goodman, who is charge of the BHU Security staff.
    There were 2 issues under my supervision so I will respond to them for you. If you wish to review your medical records, you should write to the Nurse Administrator and she will set up an appointment for you. I warn you that this takes some time to set up so be patient. You stated that a F.O.I.L. request for medical records was denied. While I have not confirmed this, I note that you do not have much money in your account, and as such, may have been denied due to lack of funds. F.O.I.L. requests require sufficient funds to process.
    You also stated that there was a problem with your account. I have reviewed your account and noted that you are being paid $4.75 a week for non-holiday weeks. This is correct. I found no other inaccurate transactions.

Cc: Captain Goodman
     file

GRIEVANT'S COPY

| Form 2133 (REV. 6/06) | | GRIEVANCE NO. 52-585-11 | Date Filed: 08-28-11 |
|---|---|---|---|
| STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES | | FACILITY Great Meadow C. F. | POLICY DESIGNATION I |
| | | TITLE OF GRIEVANCE Wants sick call | CLASS CODE #22 |
| INMATE GRIEVANCE PROGRAM SUPERINTENDENT | | SUPERINTENDENT'S SIGNATURE | DATE October 7, 2011 |
| GRIEVANT Marotta, David | | DIN # 11-B-0421 | HOUSING UNIT E-8-29 |

Offender Marotta is complaining of inadequate medical care. He is requesting treatment and an MRI be done for shoulder/neck pain.

A Medical Supervisor has reviewed his medical records. He notes that offender Marotta had 15 sick call encounters between 8/22/11 and 9/20/11. He has been seen by several Nurses and a Physician during this time. He had a surgical procedure performed at an outside hospital for one of his complaints and his other complaints are in treatment. He will need to participate in physical therapy for his shoulder/neck prior to an MRI being ordered. This is Central Office direction.

Offender Marotta is receiving extensive medical treatment.

## APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal. * Please state why you are appealing this decision to C.O.R.C. _I did See the doctor Nothing this as happin At all From DR Karandy here At Great Meadow Conection facility_

GRIEVANT'S SIGNATURE _David Marotta_     DATE _Oct 17, 2011_

GRIEVANCE CLERK'S SIGNATURE    OCT 1 3 2011    DATE

* An exception to the time limit may be requested under Directive #4040, section 701.6 (g).



BRIAN FISCHER
COMMISSIONER

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
THE HARRIMAN STATE CAMPUS - BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y. 12226-2050

# MEMORANDUM

FROM: Karen Bellamy, Director, Inmate Grievance Program

SUBJ: Receipt of Appeal

Great Meadow

D MAROTTA 11B0421  9/21/11
Groveland Correctional Facility
Your grievance GRVL-16520-11 entitled
Access To IGPS
was rec'd by CORC on 8/31/11

**RECEIVED**

**SEP 3 0 2011**

INMATE GRIEVANCE SUPV

---

A disposition will be sent to you after the grievance is reviewed by CORC



STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
THE HARRIMAN STATE CAMPUS - BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y. 12226-2050

BRIAN FISCHER
COMMISSIONER

# MEMORANDUM

FROM:   Karen Bellamy, Director, Inmate Grievance Program

SUBJ:   Receipt of Appeal

Great Meadow

D MAROTTA  11B0421  9/21/11
Groveland Correctional Facility
Your grievance GRVL-16519-11 entitled
Denied Due Process
was rec'd by CORC on 8/31/11

**RECEIVED**

SEP 3 0 2011

INMATE GRIEVANCE SUPV

A disposition will be sent to you after the grievance is reviewed by CORC