Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

11 CV 0691

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.** Full Name And Prisoner Number of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization. The only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. David A Marotta 11B0421
2. _____

[FILED MAY 04 2012 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY stamp]

-VS-

**B.** Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. H Bates RN
2. K Tara RN
3. D Meyer RN
4. Saida RN
5. Cornwall Doctor
6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: David Marotta #11B0421
Present Place of Confinement & Address: Franklin Correctional Facility
62 Bare Hill Road, P.O. Box 10
Malone, New York 12952

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: __Bates__

(If applicable) Official Position of Defendant: __Nurse__

(If applicable) Defendant is Sued in _____ Individual and/or __X__ Official Capacity

Address of Defendant: __Groveland Correctional Facility Route 36 Sonye, NY 14558__

Name of Defendant: __Cornwall, Michael__

(If applicable) Official Position of Defendant: __Head Nurse or Doctor__

(If applicable) Defendant is Sued in _____ Individual and/or __X__ Official Capacity

Address of Defendant: __Groveland Correctional Facility Route 36 Sonye, NY 14558__

Name of Defendant: __K-Tara__

(If applicable) Official Position of Defendant: __Nurse__

(If applicable) Defendant is Sued in _____ Individual and/or __X__ Official Capacity

Address of Defendant: __Groveland Correctional Facility Route 36 Sonye, NY 14558__

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**? Yes __✓__ No _____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): __David A. Marotta 11B0421__

   Defendant(s): __Alstin et al__

2. Court (if federal court, name the district; if state court, name the county): __U.S. District Court, Western District of New York, Buffalo, NY 14202__

3. Docket or Index Number: __1:11-cv-00691-HKS__

4. Name of Judge to whom case was assigned: __Hon David G. Larimar__

2

5. The approximate date the action was filed: 8-11-~~21~~ 2011

6. What was the disposition of the case?

    Is it still pending? Yes ✓ No ___

        If not, give the approximate date it was resolved. ___

    Disposition (check the statements which apply):

    ___ <u>Dismissed</u> (check the box which indicates why it was dismissed):

        ___ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ___ By court for failure to exhaust administrative remedies;

        ___ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ___ By court due to your voluntary withdrawal of claim;

    ___ <u>Judgment</u> upon motion or after trial entered for

        ___ plaintiff

        ___ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes ✓ No ___

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s): Marotta

    Defendant(s): Alstin et al

2. District Court: U.S. District Court, Western District of New York
3. Docket Number: 1:11-cv-00691-HkS
4. Name of District or Magistrate Judge to whom case was assigned: David G. Harima Harimer
5. The approximate date the action was filed: 4/13/2012
6. What was the disposition of the case?

    Is it still pending? Yes ✓ No ___

        If not, give the approximate date it was resolved. ___

3

Disposition (check the statements which apply):

____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

   ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

   ____ By court for failure to exhaust administrative remedies;

   ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

   ____ By court due to your voluntary withdrawal of claim;

____ <u>Judgment</u> upon motion or after trial entered for

   ____ plaintiff

   ____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- • Failure to Protect
- Search & Seizure
- Malicious Prosecution
- ➤ Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) March 10, 2012,
defendant (give the **name and position held** of **each defendant** involved in this incident) Nurses And Docter Bates Nurse Bates, Nurse Tara, Dmryer And Cornwall
did the following to me (briefly state what each defendant named above did): on March 10, 2012 I began having said probbems and that You have the complaint And a handwritten document attached to the complaints And denial Medical care for stomach and intestinal problems. The reinjuried Left shoulder and neck And numbness in the inter Right arm and the for "Cruel and unusual punishment. And I still suffer today without the Proper Medical Care.
The constitutional basis for this claim under 42 U.S.C. § 1983 is: to granting An Amended Complaint regarding claims Against Medical staff
The relief I am seeking for this claim is (briefly state the relief sought): Is proper Medical care where I am not still suffering by seeing a real Docter that treat as there owe And for pain and suffering

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? __X__ Yes _____ No   If yes, what was the result? no Action

Did you appeal that decision? __X__ Yes _____ No   If yes, what was the result? deniy

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

**A. SECOND CLAIM:** On (date of the incident) _____,
defendant (give the **name and position held** of **each defendant** involved in this incident) _____

did the following to me (briefly state what each defendant named above did): _____

_____
_____
_____
_____
_____
_____
_____
_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____
_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

_____
_____
_____
_____

Do you want a jury trial? Yes **X**   No_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 1, 2012___
                    (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____David Marotta_____
_____David Marotta 11B0421_____

                                    Signature(s) of Plaintiff(s)

CVPH MEDICAL CENTER
EMERGENCY CARE CENTER--(518)562-7370

INSTRUCTIONS FOR << DAVID MAROTTA - MRN: 351932 >>

Thursday, February 09, 2012 - 05:00 PM

Our medical staff appreciates your choosing us for your emergency medical care needs. Read these aftercare instructions carefully. Please call us if you have any questions (518-562-7370 or 562-7381(Fast Track)) about your medical problem. We are here to serve you.

------------------------------------------------------------------------

ECC DISCHARGE SUMMARY::

DIAGNOSES: 1. chronic abdominal pain
           2. nonspecific chest pain

IMPORTANT LAB/XRAY RESULTS:
    1. normal labs
    2. normal urine
    3. normal chest x-ray
    4. no signs of acute heart injury on ekg

If symptoms continue, you should follow-up with a GI specialist. Return to the ED for new, worse, or concerning symptoms.


_____
   PATIENT'S SIGNATURE                                  DATE
------------------------------------------------------------------------

ABDOMINAL PAIN:
   Your exam has not revealed the exact cause of your abdominal pain. Since stomach pain can be caused by many different things, further exams, lab tests, or x-rays may be needed. You will need to call your doctor or the emergency room at once if you have any of the following symptoms:
       * Increasing pain, especially if it is on the right side.
       * Repeated vomiting or dehydration.
       * A high fever, extreme weakness, or fainting.
       * Black or bloody stools.
       * Bloody urine, frequent or painful urination, or urinary blockage.
       * In women, abnormal bleeding or discharge from the vagina.

You should remain at bed rest until your pain improves. You may drink clear liquids if you are not sick to your stomach. You can increase your activity and begin to eat solid foods as your pain improves. See your doctor or go to the emergency room if your pain is not better in 8-12 hours.
------------------------------------------------------------------------
CHEST PAIN - NONSPECIFIC:
   Your exam and tests have not identified a specific cause for your chest pain.  This type of pain, however, is not usually due to serious heart or lung problems. Most often chest pain of this nature is caused by minor injuries, muscle strains, coughing, irritation of the chest wall tissues, or indigestion. Alcohol, recreational drugs, and emotional upsets can also make this kind of pain worse. Additional lab tests or other studies such as x-rays, an electrocardiogram, stress testing, or cardiac imaging may be needed to determine the cause of your pain if it does not get better.

Most of the time nonspecific chest pain will be much improved within 2-3 days of rest and mild pain medicine . For the next few days avoid physical exertion or any activity that brings on the pain. Do not smoke or drink

3105 Revised (3/06)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

NO CHART     **AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name: Marotta, David | DIN: 11B0421 | Date of Birth: 9/1/1970 | Facility Name: Attica |

**Subjective:** Admit from Groveland SHU to Attica MHU

Last Name: Marotta, David
DIN: 11B0421    Location: MHU #9
Date: 7/27/11    Time: 8:15 pm

**Objective:** IN/OUT ATTCA CORR. FAC.
PPD + ⊖ 2/16/11
HIV + -
CXR WNL 2/23/11

**Assessment:** MED PROB. (Y)N GERD, eczema, ⓡ rotator cuff pain
ALLERGIES NKDA
MEDS yes

**Plan:** HEP A B C HBsAg 2/24/11 neg
VDR + -NR 2/24/11
MISC

Provider Orders: Meds
① Prilosec 20mg QD
② Zantac 300mg q HS
③ Isosorbide 15 mg q A.M.
④ Lovastatin 40mg QD.

Scheduled for Colonoscopy 8/3/11 7:00 am at WCCH

Deborah S. Graf RPA-C
NYS 005399
DEA MG0344539

Signature/Provider #: KTara RN    RN Transcribing Order/Provider #/Date/Time

---

**Subjective:** MHU admit from Groveland SHU

Last Name: Marotta, David
DIN: 11B0421    Location: MHU #9
Date: 7/27/11    Time: 8:15 pm

**Objective:** Optimal health

**Assessment:** A+O×3; ambulatory; NAD, moves upper/lower extremities, able to express needs "I want to be dead"
c/o numbness ⓡ arm from prior infection, c/o blood in stool × 6 months

**Plan:** Medically cleared for SMHU admit

Signature/Provider #: KTara RN    RN Transcribing Order/Provider #/Date/Time

---

**Subjective:**
**Objective:**
**Assessment:**
**Plan:**

Last Name:
DIN:    Location:
Date:    Time:
Provider Orders:

Signature/Provider #    RN Transcribing Order/Provider #/Date/Time

Continue entry into next box if necessary.

3105A (Revised 3/06)        STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

**Name:** Marotta
**DIN:** 11B0421
**Date of Birth:** 9-1-70
**Facility Name:** GCF

---

**Subjective:** SHU sick call

**Objective:** C/O neck pain chronic

**Assessment:**

**Plan:** Appt in computer to be scheduled

**Signature/Provider #:** M Asher an 7

Last Name: Marotta
DIN: 11B0421   Location: _____
Date: _____   Time: _____
Provider Orders:

RN Transcribing Order/Provider #/Date/Time: _____

---

**Subjective:** SHU SC C/o continued bloody stools

**Objective:** bloody stools

**Assessment:** states constipated has blood c̄ BM request coloce

**Plan:** 1) ↑ PO fluids  2) coloce  3) colonoscopy

**Signature/Provider #:** C T Sandy

Last Name: Marotta
DIN: 11B0421   Location: _____
Date: 7/26/11   Time: 0550
Provider Orders:

RN Transcribing Order/Provider #/Date/Time: 2-88

---

**Subjective:** I/m Instructed no aspirin Coumadin placed on hold

**Objective:** until further notice

**Assessment:** * [signature]

**Plan:**

**Signature/Provider #:** C. Tawney RN

Last Name: Marotta
DIN: _____   Location: _____
Date: 7/26/11   Time: 3:55 PM
Provider Orders: * I/m also going out for 10 day drill week, attn made aware of procedure by L. Nausau Reg Shift List c all other papers

RN Transcribing Order/Provider #/Date/Time: _____

Continue entry into next box if necessary.

3105A (Revised 3/06)  STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

**Name:** Marotta David  **DIN:** 11B0421  **Date of Birth:** 9/1/70  **Facility Name:** Groveland

**Subjective:** Pt. called down to Infirmary to notify that he is to stop all ASA base products / blood thinner, Coumadin / Plavix as of today 7/11/11. No Ibuprofen also.

**Objective:**

**Assessment:** Pt. verbalized his understanding about not taking any of the above medications — waiting MD Evaluate

**Plan:** P Colonoscopy Ryerson

**Last Name:** Marotta David
**DIN:** 11B0421  **Location:** ___
**Date:** 7/11/11  **Time:** 6:15pm
**Provider Orders:**

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____  David Marotta #11-B-0421 7/11/11

---

**Subjective:**

**Objective:**

**Assessment:** Needs 7 day sick followup

**Plan:** 
① Omeprazole 20mg 1 QD
② Ranitidine 300mg 1 @ bedtime
③ Isosorbide Mono ER 30mg ½ tab QD
④ Lovastatin 40mg QD

**Last Name:** Marotta, D
**DIN:** 11B0421  **Location:** GCF
**Date:** 7/22/11  **Time:** ___
**Provider Orders:**

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** Sick Call

**Objective:** "I'm bleeding from my rectum, it's not hemorrhoids it's my stomach"

**Assessment:** Attempted to reassure & let him know he has upcoming appt to which he became verbally abusive / aggressive. Conversation ended.

**Plan:**

**Last Name:** Marott
**DIN:** 11B0421  **Location:** GCF
**Date:** 7/25/11  **Time:** 1:15pm
**Provider Orders:**

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____

Continue entry into next box if necessary.

3105A (Revised 3/06)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name | DIN | Date of Birth | Facility Name |
|---|---|---|---|
| Marott | 11B0421 | | GCF |

**Subjective:** D/c from infirmary to SHU

**Objective:** in security today

**Assessment:**

**Plan:**

Last Name _____
DIN _____ Location _____
Date _____ Time _____
Provider Orders:
Nx Admin Med
Paxil 40 QD
Wellbutrin 150 QD

Signature/Provider # _____   RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** SHU Admission

**Objective:** No visible trauma, No complaints – Advised on sick call

**Assessment:**

**Plan:**

Last Name Marotti
DIN 11B0421 Location GCF
Date 7/21/11 Time 1300
Provider Orders:

Signature/Provider # _____   RN Transcribing Order/Provider #/Date/Time 0418

---

**Subjective:** Threatens Hunger Strike "If C.O. can sit there + sexually harass me and treat me" then "I don't eat. Then I don't care any more. I can't even legally harm myself)"

**Objective:**

**Assessment:** BP 112/73 - 81 - 16 - 98°
Wgt 171

**Plan:**

Last Name Marotta
DIN _____ Location _____
Date 7/22/11 Time 1 pm
Provider Orders: Left message to OMH

Signature/Provider # _____   RN Transcribing Order/Provider #/Date/Time _____

Continue entry into next box if necessary.

3105A (Revised 3/06)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

---

**Name:** Marotta
**DIN:** 11B0421
**Date of Birth:** 9/1/70
**Facility Name:**

**Subjective:** (No chart to review at times)
O2 - 98% - No Aun[?]

**Objective:** Both arms - Esp o night - good muscle tone - good ROM o limits - good grip of fingers - of open area - of T nodes felt - Pulses of arms - strong & equal - [?] distress seen - walks fine

**Assessment:**

**Plan:** ① Balm given [?] PCN

**Last Name:** Marotta, David
**DIN:** 
**Location:**
**Date:** 7/15/11   **Time:** 230p
**Provider Orders:**

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** S/C still c/o [?] arm. still c/o bloody stool

**Objective:** S/P

**Assessment:** wants a solution - good exam done on 7/15/11.

**Plan:** neg exam.

**Last Name:** Marotta
**DIN:** 11B0421   **Location:**
**Date:** 7/19/11   **Time:**
**Provider Orders:**

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time 203

---

**Subjective:** ESC[?] inmate came after altercation [?] office - c/o head pain, left shoulder pain & neck pain -

**Objective:** BP 125/93   73   98.5   R-18
no bruises noted - lump on rt side of forehead noted. Denies LOC   pupils = & reactive   Clothing removed by inmate - no

**Assessment:**

**Plan:**

**Last Name:** Marotta
**DIN:** 11B0421   **Location:**
**Date:** 7/20/11   **Time:** 8⁴⁵
**Provider Orders:** problems noted OMH called by Lt. [?] for self harm [?]. Next step will be[?]

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____

Continue entry into next box if necessary.

3105A (Revised 3/06)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

---

**Name:** Marotta
**DIN:** 11B0421
**Date of Birth:** 9/1/70
**Facility Name:** GCF

**Subjective:** Inmate arrived back at SHU from 10 day outcourt

**Objective:** Inmate appears tense, talking very little - no

**Assessment:**

**Plan:** questions at this time

**Last Name:** Marotta
**DIN:** 11B0421
**Location:** _____
**Date:** 8/2/11
**Time:** _____
**Provider Orders:**

**Signature/Provider #:** H Bates RN 402
**RN Transcribing Order/Provider #/Date/Time:** _____

---

**Subjective:** S+U s/c (L) shoulder pain

**Objective:** Shoulder pain

**Assessment:** Cont to c/o (L) shoulder pain wants another steroid injection

**Plan:** (1) PRI requested

**Last Name:** _____
**DIN:** _____
**Location:** _____
**Date:** 8/3/11
**Time:** 0600
**Provider Orders:**

**Signature/Provider #:** C+ Sample
**RN Transcribing Order/Provider #/Date/Time:** 288

---

**Subjective:** I/m to be transferred - medical hold lifted -

**Objective:** He still needs colonoscopy

**Assessment:** he done - is approved but needs to be rescheduled -

**Plan:**

**Last Name:** Marotta David
**DIN:** 11B0421
**Location:** _____
**Date:** 8/8/11
**Time:** 9A
**Provider Orders:**

**Signature/Provider #:** _____ NP
**RN Transcribing Order/Provider #/Date/Time:** _____

Continue entry into next box if necessary.



**BioReference LABORATORIES**

```
DOCTOR: GROVELAND CORRECTIONAL
        ROUTE 36
        SONYE, NY  14558

(M7854-1)  Bio-Net Print   -FINAL-   Original Report 06/16/2011 05:04 AM
                           PATIENT I.D. / ROOM NO.        DOCTOR / GROUP NAME
NAME                                                      CORNWALL, MICHAEL
MAROTTA, DAVID             11B0421.10171
LAB I.D. NO.   DATE COLLECTED      DATE RECEIVED         DATE OF REPORT      AGE   SEX
103359856      06/15/11 07:21 AM   06/15/2011 23:21     6/17/2011 11:45     40 Y   M
```

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Triglycerides | 128 | | < 151 | mg/dl |
| HDL CHOL., DIRECT | 43 | | >40 | mg/dl |
| HDL as % of Cholesterol | | 21 | | % |
| Chol/HDL Ratio | | 4.81 | | |
| LDL/HDL Ratio | 3.23 | | 0-3.55 | |
| LDL Cholesterol | | 139 HI | < 100 | |

--------------------------------* HEMATOLOGY *------------------------------

| | Result | | Reference Range | |
|---|---|---|---|---|
| WBC | 7.93 | | 3.40-11.80 | x10(3)/uL |
| RBC | 5.12 | | 4.20-5.90 | x10(6)/uL |
| HGB | 15.6 | | 12.3-17.0 | gm/dL |
| HCT | 46.9 | | 39.3-52.5 | % |
| MCV | 91.6 | | 80.0-100.0 | fL |
| MCH | 30.5 | | 25.0-34.1 | pg |
| MCHC | 33.3 | | 29.0-35.0 | gm/dL |
| RDW | 14.3 | | 10.9-16.9 | % |
| POLYS | 65.1 | | 36.0-78.0 | % |
| LYMPHS | 25.3 | | 12.0-48.0 | % |
| MONOS | 8.1 | | 0.0-13.0 | % |
| EOS | 1.1 | | 0.0-8.0 | % |
| BASOS | 0.3 | | 0.0-2.0 | % |
| IMMATURE GRANULOCYTES | 0.1 | | 0.0-1.6 | % |
| PLATELET COUNT | 251 | | 144-400 | x10(3)/uL |
| MPV | 9.8 | | 8.2-11.9 | fL |
| PTT | 30.7 | | 23.6-31.6 | sec |
| PROTIME | 10.7 | | 10.4-11.9 | sec |

NOTE: Please note that effective 8/31/10, the Protime (0137)
      reference range has been changed.

| | | | | |
|---|---|---|---|---|
| INTR.NORM.RATIO(INR) | | 0.96 LO | 2.00-3.00 | |

*********************************************************************

CLINICAL INDICATIONS FOR INR USE
                                                         REFERENCE RANGE
Prophylaxis or treatment of venous thrombosis,           2.00 - 3.00
systemic embolization, and pulmonary embolus. (therapeutic range)
High-risk patients with mechanical heart valves.         2.50 - 3.50
NOTE: INR values below 2.00 in patients on warfarin
      therapy would be considered sub-therapeutic
      for the above conditions.
      Normal subjects NOT treated with warfarin          0.87 - 1.19

Continued on Next Page                                              Page: 2

481 EDWARD H. ROSS DR
ELMWOOD PARK, NJ 07407