Case Number: 1:11-cv-00691-HKS

Dear Sir/Madam

My Name is David A. Marotta And I am writting you to let you know. I will be release on date of 1-29-2013 And will be move back to Lockport And I do want to move forword on my Civil suit Against the State for the Case Number: 1:11-cv-00691-HKS. Since Judge David G. Larimer has not went any Further in this Case with the excessive force and failure to intervene claims upon defendants Correctional Officers Aftin And Lawrence for date of July 20, 2011 Which you have the Medical report And fail to look At it and see for your self.

Very truly yours

David A. Marotta
11B0421
Franklin Correctional Facility
62 Bare Hill Road, P.O. Box 10
Malone, New York 12953



UNITED STATES DISTRICT COURT
FILED
OCT 15 2012
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

10-09-2012

To: Viola, Cummings and Lindsay LLP
Attorneys and Counselors at Law
770 Main St., P.O. Box 948
Niagara Falls, NY 14302-0948

Case Number: 1:11-cv-00691-HKS

Dear Mr Lindsay

As you know, I am going to be release on the date 1-29-2013 and I will be staying with my Mother's house on 6350 Vintage Ct. Lockport, NY 14094, and the # will be 716-433-8163 appointment with you so we can reopen. My Compensation claim.

2. I would like to talk to you and address any future Medical concerns that, I am going to need surgery for the bleeding hemorrhoids which, I have not receive when it was approved from by PCP on 7/5/12 and 7/13/12 and I have been suffering since March 10, 2011 since Groveland C.F., Great Meadow C.F., Clinton C.F. and now Franklin C.F.

3. If you read some of Medical Records for the Surgery and my back got infected do to the "Cruel unusual Punishment while being in the State's custody.

4. I have been filing grievant grievance here and the staff supervisor been dea damaging them and not filing them like the one

for Norse White that I filed on July 12, 2012 and Franklin C.F. Staff of inmates Mail been openning my legal Mail and that grievance that I filed on the date of 9-06-2012.

Do to there actions here at Franklin C.F. I will be sending my Mail to My Mother's to send to you.

I do have this somewhat filed in the Western District Court in Buffalo and hope you are able to help me with these issues.

I will see you soon and I do thank you very mosh for everything and anything you are able to help me in my future.

Very truly yours

David Marotta
11B0421

D. MAROTTA, 11B0421  FKN

| | Grievance Number<br>CL-61785-11 | Desig./Code<br>I/22 | Date Filed<br>12/20/11 |
|---|---|---|---|
| **STATE OF NEW YORK<br>DEPARTMENT OF<br>CORRECTIONS AND<br>COMMUNITY<br>SUPERVISION** | Associated Cases | | |
| | Facility<br>Clinton Correctional Facility | | |
| **INMATE GRIEVANCE PROGRAM<br>CENTRAL OFFICE REVIEW COMMITTEE** | Title of Grievance<br>Treat Pain/Wants MRI | | |

7/25/12

## GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART

Upon full hearing of the facts and circumstances in the instant case, and upon recommendation of the Division of Health Services, the action requested herein is hereby accepted only to the extent that CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that the grievant's medical concerns are being appropriately addressed. His medical records indicate that he was evaluated for his shoulder injury on 1/5/12, completed 8 sessions of physical therapy, and had additional physical therapy through April 2012. On 3/8/12 he was seen and an endoscopy was done. On 4/23/12 he was seen for pre-admission testing, and on 5/10/12 a biopsy was taken during an ultrasound that was performed. On 6/1/12 he had a thoracic resection and was seen for a follow-up visit on 6/25/12 by the thoracic surgery specialist. CORC also notes that he was seen by his PCP on 7/5/12 and 7/13/12 and has been approved to see a surgeon for bleeding hemorrhoids.

With respect to the grievant's appeal, CORC notes that the grievant has since been transferred, and advises him to follow the treatment plan as outlined by Health Services. He is further advised to address any future medical concerns with medical staff at his current facility.

TMH/cl
-------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------

This document has been electronically signed by Jeffery A. Hale