-PS-O-

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**DAVID A. MAROTTA,**

                    **Plaintiff,**

        **-v-**                                                **11-CV-0691Sr**

**H. BATES, R.N.; K. TARA, R.N.; D. MANGER,**
**R.N.; CRISTA SANDERS, R.N.; and MICHAEL**
**CORNWALL, PHYSICIAN'S ASSISTANT;**

                    **Defendants.**

---

**DECISION AND ORDER**

The Court is in receipt of a letter from Assistant Attorney General, Michael J. Russo, pertaining to the status of service on defendants in this action (Docket No. 18). Based on this letter, the Clerk of the Court is directed to take the following action:

    1. The caption of this action is to be amended, consistent with the caption listed on this Order;

    2. The Clerk of the Court is to cause the United States Marshal to serve copies of the Summons, Amended Complaint, the August 18, 2014 Order (Docket No. 15) and this Order on defendant Michael Cornwall, Physician's Assistant, at Attica Correctional Facility noting on the envelope "**to the attention of the Inmate Records Coordinator**" without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor;

    3. The Clerk of the Court is to cause the United States Marshal to serve copies of the Summons, Amended Complaint, the August 18, 2014 Order (Docket No. 15) and this

Order on defendants K. Tara, R.N. and D. Manger, R.N. at Worldwide Travel Staffing Limited, 2829 Sheridan Drive, Tonawanda, NY 14150 without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor; and

    4.  The Clerk of the Court is also directed to forward a copy of this Order by email to Michael Russo, Assistant Attorney General in Charge, Buffalo Regional Office <Michael.Russo@ag.ny.gov>.

    SO ORDERED.

DATED:    Buffalo, New York
              March 3, 2013

                                            *s/ H. Kenneth Schroeder, Jr.*
                                            H. KENNETH SCHROEDER, JR.
                                            United States Magistrate Judge